UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80657-CIV-ZLOCH

JAMES BRUCIA,

    Plaintiff,

vs.                                      **O R D E R**

RICK BRADSHAW, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 8) filed herein by United States Magistrate Judge Patrick A. White and upon Plaintiff's Motion For Leave To Amend Complaint (DE 11). The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    In his Report (DE 8), Magistrate Judge White recommends that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) for failure to state a claim upon which relief can be granted.

    Within the time prescribed for filing Objections to the Report, Plaintiff filed a Motion For Leave To Amend Complaint (DE 11). He also filed his proposed Amended Complaint (DE 10), which itself failed to state a claim upon which relief can be granted for the same reasons set forth in Magistrate Judge White's Report. Thus, Plaintiff's Motion For Leave To Amend Complaint (DE 11) will be denied.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff James Brucia's Motion For Leave To Amend Complaint (DE 11) be and the same is hereby **DENIED**;

2. The Report Of Magistrate Judge (DE 8) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court; and

3. Final Judgment will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___12th___ day of August, 2009.

                                                  WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

James Brucia
DC #978961
Union Correctional Institution
7819 N.W. 228th Street
Raiford, FL 32026